**Judge Pauley**                                           **07 CV 5566**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SERVICE EMPLOYEES INTERNATIONAL
UNION, LOCAL 32BJ,

                    Plaintiff,                      **PLAINTIFF'S FRCP**
-against-                                    **7.1 STATEMENT**

SEA PARK EAST COMP.,
Phipps House Services

                    Defendant.

    JUN 1 1 2007

------------------------------------------------------------X

      Plaintiff SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 32BJ makes the following statement pursuant to F.R.C.P. 7.1:

      Service Employees International Union, Local 32BJ is not a corporation, it does not issue any stock, and it does not have any parent corporation.

Dated: New York, New York
       June 11, 2007

                                        Respectfully submitted,
                                        Office of the General Counsel
                                        Service Employees International Union,

                                        By: _____
                                            Katherine Dunn (KD 0872)

                                        Associate General Counsel
                                        Service Employees International Union,
                                        Local 32BJ, AFL-CIO
                                        101 Avenue of the Americas, 19th Floor
                                        New York, New York 10013
                                        Phone: (212) 388-3970
                                        Fax: (212) 388-2062

                                        Attorneys for Plaintiff.