Form 07 - CORPORATION

**LOCAL 32BJ SEIU**
**ATTN:**

U.S. DIST. COURT        SOUTHERN/NY  COUNTY
--------------------------------------------------

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL        plaintiff UNION,LOCAL | Index No. **07CV5566** |
| - against - | Date Filed  ............. |
| SEA PARK EAST COMPANY ETANO        defendant | Office No. |
| | Court Date:    **/  /** |

--------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**BARRY GERMAN**     being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **12th** day of **June, 2007  at 03:20 PM.,**        at
     **902 BROADWAY, 13FL**
     **NEW YORK, NY 10010**

I served a true copy of the
     **SUMMONS AND COMPLAINT**
     **TO ENFORCE ARBITRATION AWARD**

upon **PHIPPS HOUSE SERVICES,INC.**
**a domestic corporation, the  DEFENDANT** therein named by delivering to, and leaving personally with
     **LOIS GROSVENOR, MANAGING AGENT AND CLAIM ADMINISTRATOR**

a true copy of each thereof.

     Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
     SEX: **FEMALE**        COLOR: **BLACK**        HAIR: **BLACK**
     APP. AGE: **45**        APP. HT: **5:5**        APP. WT: **140**

OTHER IDENTIFYING FEATURES: **GLASSES**

Sworn to before me this
20th  day of  June,        2007k

JOEL GOLUB
Notary Public, State of New York
   No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

...........................
BARRY GERMAN  0982866
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 732BJ42209