UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SERVICE EMPLOYEES INTERNATIONAL     :
UNION, LOCAL 32BJ,
                                    :
                    Plaintiff,              07 Civ. 5566 (WHP)
                                    :
          -against-                         ORDER
                                    :
SEA PARK EAST COMP.
Phipps House Services, Inc.,        :
                                    :
                    Defendant.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/07

WILLIAM H. PAULEY III, District Judge:

          It having been reported to this Court that this action has been or will be settled, it

is hereby

          ORDERED that this action is discontinued without costs to any party, and without

prejudice to restoring the action to this Court's calendar if the application to restore the action is

made within thirty (30) days of the date of this Order.  The Clerk of Court is directed to mark

this case closed.

Dated:     September 18, 2007
           New York, New York

                              SO ORDERED:


                              _____
                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of Record*:

Katherine Edith Dunn, Esq.
Local 32BJ, Service Employees International Union
101 Avenue of the Americas
19th Floor
New York, NY 10013
*Counsel for Plaintiff*

Kevin McGill, Esq.
Clifton Budd and DeMaria
*Counsel for Defendant*